# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No.: 3:08CV163 |
| v. | : | Judge Thomas M. Rose |
| Real Property known as 4142 Barbara Dr. Franklin, Ohio 45005 | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related United States District Court criminal prosecution against Lance Horn (United States v. Lance Horn 3:08-CR-049(1)TMR) on the grounds that civil discovery would adversely affect the outcome of the related criminal prosecution.

The Court hereby finds that civil discovery would adversely affect the investigation and criminal prosecution of a related criminal case.

THEREFORE, it is HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case, including all civil discovery shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports until the completion of this civil proceeding.

August 12, 2008                    *S/THOMAS M. ROSE
                                   _____
                                   JUDGE THOMAS M. ROSE
                                   United States District Judge